```
                          United States Bankruptcy Court
                             District of South Dakota

In re:                                                      Case No. 09-10231-CLN
Robert Daniel Carrico                                       Chapter 7
Chaska Lynn Carrico
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0869-1          User: msemm              Page 1 of 2            Date Rcvd: Oct 24, 2011
                              Form ID: b9a             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2011.
db/db       +Robert Daniel Carrico,    Chaska Lynn Carrico,    706 N. High St.,    Aberdeen, SD 57401-3167
aty         +Cheryl Schrempp DuPris,    Assistant U.S. Attorney,    PO Box 7240,    Pierre, SD 57501-7240
aty         +David J. Fransen,    PO Box 1433,    Aberdeen, SD 57402-1433
aty         +Joe M. Lozano, Jr.,    Brice, Vander Linden & Wernick, P.C.,    9441 LBJ Freeway, Suite 350,
              PO Box 829009,    Dallas, TX 75382-9009
aty          Mitchell D Johnson,    Johnson Law Office,    2902 W Main St Ste 1,    Rapid City, SD 57702-8174
aty          Robert E. Hayes,    PO Box 1030,    Sioux Falls, SD 57101-1030
tr          +Forrest C. Allred,    14 Second Ave SE Ste 200,    Aberdeen, SD 57401-4246
frtr         Dale A. Wein,    Bankruptcy Trustee,    PO Box 1329,    Aberdeen, SD 57402-1329
cr          +HSBC Consumer & Mortgage Lending,    636 Grand Regency Blvd,    Brandon, FL 33510-3942
958448       Accounts Management, Inc.,    P.O. Box 1843,    Sioux Falls, SD 57101-1843
958449      +Anesthesia Care, LTD,    P.O. Box 7025,    Amagansett, NY 11930-7025
958450       Avera St. Luke’s Hospital,    305 S. State St.,    P.O. Box 4450,    Aberdeen, SD 57402-4450
958451       Bantz, Gosch & Cremer, LLC,    P.O. Box 970,    Aberdeen, SD 57402-0970
958452       Bledsoe Family Chiropractic Clinic,    231 6th Avenue Southeast,    Aberdeen, SD 57401
978124       CitiFinancial, Inc,    P.O. Box 140489,    Irving, TX 75014-0489
958457      +Citifinancial,    522 Moccasin Dr.,    Aberdeen, SD 57401-5059
958459      +Direct Check,    601 W. Blvd.,    Rapid City, SD 57701-2643
965891      +Direct Loan Servicing Center,    PO Box 5609,    Greenville, TX 75403-5609
958460      +Dollar Loan Center,    119 Sixth Avenue Southwest,    Aberdeen, SD 57401-5947
958461      +Dr. Gregg Van Beek,    3015 6th Avenue Southeast, #12,    Aberdeen, SD 57401-5460
963995      +HSBC Consumer and Mortgage Lending,    636 Grand Regency Blvd,    Brandon, Florida 33510-3942
958463       Home Federal Bank,    P.O. Box 5000,    Sioux Falls, SD 57117-5000
958468       Midwest Credits, Inc.,    P.O. Box 1088,    Aberdeen, SD 57402-1088
965892       Payment Center,    U.S. Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
958470      +Thomas P. Tonner,    Tonner, Tobin & King,    P.O. Box 1456,    Aberdeen, SD 57402-1456
958471      +U.S. Department Of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
958472      +U.S. Small Business Administration,    10737 Gateway West, Suite 300,    El Paso, TX 79935-4910
974905      +United Accounts,    PO Box 518,    Aberdeen, SD 57402-0518
958477     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: WFS/Wachovia Dealer Services,    P.O. Box 1697,
               Winterville, NC 28590)
958473     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wachovia Dealer Services,    P.O. Box 25341,
               Santa Ana, CA 92799-5341)
958475       Wells Fargo Financial Cards,    P.O. Box 98791,    Las Vegas, NV 89193-8791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BFCALLRED.COM Oct 24 2011 21:18:00      Forrest C. Allred,    14 Second Ave SE Ste 200,
              Aberdeen, SD 57401-4246
ust          E-mail/Text: ustpregion12.sx.ecf@usdoj.gov Oct 24 2011 21:17:38      Bruce J. Gering,
              314 South Main Avenue, Suite 303,    Sioux Falls, SD 57104-6462
cr          +EDI: PRA.COM Oct 24 2011 21:18:00      PRA Receivables Management, LLC,    PO Box 41067,
              Norfolk, VA 23541-1067
958447      +E-mail/Text: robyn.ewalt@averastlukes.org Oct 24 2011 21:17:36      Aberdeen Family Physicians,
              105 S. State St., Ste. 113,    Aberdeen, SD 57401-4502
958454       E-mail/Text: ngoodman@cashcall.com Oct 24 2011 21:17:35      CashCall, Inc.,
              Attn: Loan Servicing,    P.O. Box 66007,    Anaheim, CA 92816
958453       EDI: CAPITALONE.COM Oct 24 2011 21:18:00      Capital One,    P.O. Box 30285,
              Salt Lake City, UT 84130-0285
960783       EDI: BLINE.COM Oct 24 2011 21:18:00      CashCall Inc,    MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
958455      +E-mail/Text: ngoodman@cashcall.com Oct 24 2011 21:17:35      CashCall, Inc.,
              1600 S. Douglass Road,    Anaheim, CA 92806-5948
958456       EDI: CHASE.COM Oct 24 2011 21:18:00      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
974900       EDI: CHASE.COM Oct 24 2011 21:18:00      Chase Bank USA NA,    P.O. BOX 15145,
              Wilmington DE 19850-5145
958462      +EDI: FBDEL.COM Oct 24 2011 21:18:00      First Bank Of Delaware,    Attn: Customer Support,
              P.O. Box 37727,    Philadelphia, PA 19101-5027
958464       EDI: HFC.COM Oct 24 2011 21:18:00      HSBC Mortgage Services,    Customer Care Department,
              636 Grand Regency Blvd.,    Brandon, FL 33510-3942
958465      +EDI: HFC.COM Oct 24 2011 21:18:00      HSBC Mortgage Services,    P.O. Box 3425,
              Buffalo, NY 14240-3425
963579       EDI: MERRICKBANK.COM Oct 24 2011 21:18:00      Merrick Bank,    c/o Resurgent Capital Services,
              PO Box 10368,    Greenville, SC 29603-0368
958466      +EDI: MERRICKBANK.COM Oct 24 2011 21:18:00      Merrick Bank,    P.O. Box 5000,
              Draper, UT 84020-5000
958467       EDI: MERRICKBANK.COM Oct 24 2011 21:18:00      Merrick Bank Visa,    P.O. Box 5721,
              Hicksville, NY 11802-5721
986677       EDI: PRA.COM Oct 24 2011 21:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541-1067
960637      +EDI: WFFC.COM Oct 24 2011 21:18:00      Wells Fargo Bank NA,    4137 121st Street,
              Urbandale IA 50323-2310
```

```
District/off: 0869-1          User: msemm                    Page 2 of 2           Date Rcvd: Oct 24, 2011
                              Form ID: b9a                   Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
958474       EDI: WFFC.COM Oct 24 2011 21:18:00      Wells Fargo Financial,   P.O. Box 5943,
             Sioux Falls, SD  57117-5943
958476       EDI: WFFC.COM Oct 24 2011 21:18:00      Wells Fargo Financial Cards,   P.O. Box 5943,
             Sioux Falls, SD  57117-5943
                                                                                            TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
958458       ##+Citifinancial,   P.O. Box 499,   Hanover, MD 21076-0499
958469       ##+Money Station, Inc.,   23 6th Avenue Southwest,   Aberdeen, SD 57401-6005
                                                                                    TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2011**                    **Signature:**   *Joseph Speetjens*

Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) Case Number **09–10231**

# UNITED STATES BANKRUPTCY COURT
District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines
A bankruptcy case concerning the debtor(s) listed below was converted to a case under chapter 7 on 10/24/11

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):**<br>Robert Daniel Carrico<br>aka Bob Carrico<br>706 N. High St.<br>Aberdeen, SD 57401 | Chaska Lynn Carrico<br>706 N. High St.<br>Aberdeen, SD 57401 |
|---|---|
| **Case Number:**<br>09–10231 | **Social Security/Taxpayer ID Numbers:**<br>xxx–xx–7594<br>xxx–xx–9434 |
| **Attorney for Debtor(s):**<br>David J. Fransen<br>PO Box 1433<br>Aberdeen, SD 57402<br>Telephone number: 605–226–8234 | **Bankruptcy Trustee:**<br>Forrest C. Allred<br>14 Second Ave SE Ste 200<br>Aberdeen, SD 57401<br>Telephone number: 605–225–3933 |

### Meeting of Creditors:
Date: **November 22, 2011**   Time: **11:30 AM**   Location: **115 4th Ave SE, Rm 206–7, Federal Building, Aberdeen, SD 57401**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts: 1/23/12**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>225 S. Pierre St., Room 203<br>Pierre, SD 57501–2463<br>Telephone number: 605–945–4460<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:   Monday – Friday 8:00 AM – 5:00 PM | Date: 10/24/11 |

**SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.**

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––